UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFREY WILSON and CRAIG DUCEY, | ) No. 1:13-cr-190 -SEB-TAB |
| | ) |
| Defendants. | ) |

**ORDER**

Whereas certain documents, data, and other information forming part of the evidence in this case includes confidential business information, and whereas that information contributes to an understanding of the matters alleged in the indictment, it is hereby ordered that all materials produced to the Defendants as discovery in this case shall be used only for the preparation of their defense in these cases, and any subsequent appeals.  The purpose of this order is to protect confidential business information while providing the Defendants with the ability to use discovery freely to prepare their defenses. The Defendants, their attorneys, and their attorneys' employees may use all discovery materials for that purpose.  Discovery materials may be shared with defense investigators or defense experts for the purpose of preparing a defense but must be returned to the Defendants' attorneys when they are no longer being actively used.  Discovery material may be shown to witnesses when necessary to prepare the defense, but may not be given to those witnesses and shall be retained by the Defendants' attorneys.  When this case and any appeals have concluded, those

materials provided in discovery that do not form part of the attorneys' case files must be destroyed.  The restrictions set forth in this order continue indefinitely for any discovery materials kept as part of the attorneys' case files.

SO ORDERED:   03/18/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel of record via electronic notification.